## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Keith Broadbent, et al.,<br>    Plaintiff<br><br>V.<br><br>Richard J. Boudreau & Associates, LLC<br>    Defendant | CIVIL ACTION<br><br>NO. 09-10801-NG |

### **NOTICE**

PLEASE TAKE NOTICE that, pursuant to Rule 41.1 of the Local Rules of this Court regarding dismissal for want of prosecution of cases inactive for a period of one (1) year, the above entitled action will be dismissed without further notice after thirty (30) days from the date of this Notice subject only to compliance with the provisions of subdivision (a)(3) of this Rule.

SARAH A. THORNTON,
CLERK OF COURT

6/9/11                             By:   /s/Craig J. Nicewicz
Date                                       Deputy Clerk

(Dismiss LR41not.wpd - 3/7/2005)