# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 KEITH BROADBENT, ET AL 
                     **Plaintiff**

                                                    **CIVIL ACTION**

          **V.**

                                                    **NO.  09-10801-GAO    **

 RICHARD J. BOUDREAU & ASSOCIATES, LLC 
                     **Defendant**

### ORDER OF DISMISSAL

 O'TOOLE                              D. J.

      Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with

the Notice issued on   __JUNE 9, 2011__                              ,  it is hereby

ORDERED that the above-entitled action be and hereby is dismissed.

      By the Court,

 11/1/11                              /s/ Paul Lyness         
          **Date**                              **Deputy Clerk**

*(Dismiss LR41ord.wpd - 12/98)*                              **[odismr41.]**